# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  22CR2440-DMS |
| Plaintiff, | Hon. Dana M. Sabraw |
| v. | |
| GRANT BENJAMIN ATKINSON, | ORDER TO CONTINUE MOTION HEARING |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing currently set for November 10, 2022, be continue to **January 13, 2023, at 11:00 a.m.**  The Court finds that the time is excludable under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(1)(D).

IT IS SO ORDERED.

DATED: 11/07/22          By: _____
                                            HON. DANA M. SABRAW
                                            Chief District Judge

22CR2440-DMS